UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL SCOTT JACKSON,<br><br>               Defendant. | CASE NO. CR03-0289C<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter has come before the Court on the parties' stipulation to a continuance of the trial date. Having considered the papers filed by the parties, the records and files herein, and the motions for continuance of pretrial motions date and the trial date, the Court hereby makes the following findings:

      1.    The parties are engaging in plea negotiations and need additional time to complete these negotiations.

      2.    Defendant Michael Scott has acknowledged his knowing, voluntary, and intelligent waiver of his right to a speedy trial through June 27, 2005.

      3.    The ends of justice served by ordering a continuance in this case outweigh the best

MINUTE ORDER – 1

interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

It is therefore ORDERED that the trial date be continued from May 31, 2005, to June 27, 2005. It is further ORDERED that the period of time from the current trial date of May 31, 2005 up to and including the new trial date of June 27, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 24th day of May, 2005.

                                  BRUCE RIFKIN, Clerk of Court

                                  By   /s/ L. Simle
                                            Deputy Clerk

MINUTE ORDER – 2